**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Akhenaton Jones | COURT CASE NUMBER: 23-CV-3791 |
| DEFENDANT: YesCare | TYPE OF PROCESS: Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: YesCare
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 7901 State Road, Philadelphia PA 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Samantha Melamed
801 Market Street suite 300 phila, PA 19107

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 12
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

YesCare was formerly Corizon Health Services w/ address listed as 3232 Henry Ave Philadelphia PA 19129

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process:
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 2/8/2024

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Dejuan Edwards-BSHA, CCHP Regional VP of Administrative Operations

Address (complete only different than shown above):
YesCare
8001 State Rd. MOD II Phila. PA 19136

Date: 2/15/2024
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: [signed]

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:
Process accepted via Electronic Service on Behalf of YesCare

Form USM-285
Rev. 03/21